# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Pearson, Benita Y**

Report Year: 2018

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.
I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.
**/s/  Benita Y Pearson [electronically signed on 05/15/2019 by  Benita Y Pearson in JEFS]**

Certifying Official- I conclude that, based on the information contained in this report and to the best of my knowledge, this report is in compliance with the Ethics in Government Act, as amended, and other applicable laws and regulations.
**/s/ null, Certifying Official [electronically signed on 07/24/2019 by null in JEFS]**

# I. Positions

| # | ORGANIZATION NAME | ORGANIZATION TYPE | POSITION HELD |
|---|---|---|---|
| 1 | Cleveland-Marshall College of Law | University/College | Board of Visitors, Member |

# II. Agreements

None

# III A. Filer's Non-Investment Income

None

# III B. Spouse's Non-Investment Income

None

# IV. Reimbursements

| # | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | American Bar Assoc. | 02/24/2018 - 03/05/2018 | San Diego, CA | Presentation at Conference | Airfare, Lodging & Food |
| 2 | NACDL | 06/20/2018 - 06/24/2018 | Santa Monica, CA | Presentation at Conference | Airfare, Lodging, & Food |

## V. Gifts

| # | SOURCE | DESCRIPTION | VALUE |
|---|--------|-------------|-------|
| 1 | Lara Leibman | Attending wedding in NY, July 26, 18-July 29, 2018 | $1,716 |
| 2 | Lara Leibman | Attending wedding in Dublin, Ireland, Aug. 15-Aug. 20, 2018 | $2,830 |

## VI. Liabilities

None

## VII. Investments and Trusts

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|-------------|---------------|-------------|--------------------------|--------------|-------------|-------------|--------------|
| Vanguard Windsor II Fund | None | None | $15,000 or less | Cash Market | | | |
| Vanguard 500 Index Fund Inv | None | None | $15,000 or less | Cash Market | | | |

## Additional Information or Explanation